BERTHA ALBERT, Appellant, v. SIMON ALBERT, Respondent.— Order entered March 29, 1932, reversed, with ten dollars costs and disbursements, and motion granted. Appeal from order entered April 21, 1932, dismissed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Estate and the Last Will and Testament of FRANK O. BURRIDGE, Deceased. In the Matter of the Estate and the Last Will and Testament of ANNA B. BURRIDGE, Deceased. (HARRY CHAIN BASSLER, Ancillary Administrator c. t. a.) In the Matter of the Application of HARRY CHAIN BASSLER, Ancillary Administrator, etc., of ANNA B. BURRIDGE, Deceased, Respondent, to Compel Setting Aside and Payment or Delivery, etc., of Widow's Exemption by HERBERT C. SMYTH, Temporary Administrator of FRANK O. BURRIDGE, Deceased. Appellant.*— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FRANK CROZIER, Plaintiff, v. UNITED STATES STEEL CORPORATION and Others, Appellants, Impleaded with MACLAY HOYNE, Respondent, and Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to the right of defendant Maclay Hoyne to renew motion upon entry of an order allowing the action to be continued by plaintiff's personal representative. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

PETER SCHARF and FREDERICK B. SAUNDERS, Copartners, etc., Appellants, v. 419 FOURTH AVENUE CORPORATION, Defendant, and MANUFACTURERS TRUST COMPANY, Respondent. WILLIAM M. BROUILLARD, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements to the respondent, Manufacturers Trust Company, against the plaintiffs, appellants. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ELLA MARIE MORTIMER, Appellant, v. FIRST DIVISION PICTURES, INC., Respondent.— Order so far as appealed from modified by granting the defendant either an examination on written interrogatories, or, an open commission at the expense of plaintiff, at its option; such election to be shown and conditions to be fixed upon settlement of the order, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the NORTH AMERICAN TITLE GUARANTY COMPANY. GEORGE HELFGOTT, Claimant, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.